UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:

Karen Kubinec
SSN: xxx-xx-2825

Case No. 10-18943-BKC-JKO
Chapter 13

_____/

## COUNTRYWIDE HOME LOANS FUNDING, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY NUNC PRO TUNC TO APRIL 6, 2010

### Basis for Exigency

**Debtor filed the instant chapter 13 case 11days after a court ordered foreclosure sale of a parcel of real property had taken place and the same day as the Certificate of Title had been issued. Debtor makes no mention of the property in her chapter 13 plan filed with the court, and the third party purchaser at foreclosure sale has been left hanging for over a month already.**

The Movant, Countrywide Home Loans Funding, LLC, a Florida limited liability company, ("Countrywide") seeks stay relief pursuant to 11 U.S.C. §362(a), Fed.R.Bankr.P. 4001(a) and Local Rule 4001-1, with respect to real property located at 1001 N. 31 Ct., Hollywood, FL 33021, legal description:

> The North 19 Feet of Lot 6, and the South 35 Feet of Lot 7, Block 6, of Breexy Manor Amended, According to the Plat Thereof, Recorded in Plat Book 31, Page 48, of the Public Records of Broward County, Florida

1. Prior to filing the instant bankruptcy, Debtor was a Defendant in a mortgage foreclosure action filed in the Circuit Court of the Seventeenth Judicial Circuit in Broward County, Florida, Wachovia Bank National Assoc., v. Kubinec, et. al., Case No. 09-046138 CACE (25).

2. The Debtor, Karen Kubinec, was defaulted by the state court on October 20, 2009.

3. The state court foreclosure action resulted in a Final Judgment of Foreclosure dated January 21, 2010 and recorded in the Official Records of Broward County on January 29, 2010 at OR Book 46842, Page 0575. A true and correct copy of the Final Judgment is attached hereto and made a part hereof as Exhibit "A".

4. The Final Judgment provides at paragraph 8 that:

> On filing the Certificate of Sale, Defendant(s) and all persons claiming under or against them since the filing of the Notice of Lis Pendens are foreclosed of all estate or claim in the property and the Purchaser at the Sale shall be let into possession of the property.

5. A foreclosure sale was scheduled for March 25, 2010 pursuant to the Final Judgment of Foreclosure. The sale did in fact occur on March 25, 2010 and Countrywide Home Loans Funding, LLC, a Florida limited liability company, was the successful bidder. The Certificate of Sale was filed on 3/26/2010. A true and correct copy of the docket for the state court foreclosure case is attached hereto as Exhibit "B" and incorporated herein, showing the date of filing.

6. No objections to sale were filed and on April 6, 2010, the Clerk of the Court issued the Certificate of Title, which was recorded on April 12, 2010 in the Official Records of Broward County, Florida at Book 47006, Page 432. A true and correct copy of the Certificate of Title is attached hereto and made a part hereof as Exhibit "C".

7. The Debtor filed the instant bankruptcy case on April 6, 2010, 11 days after the foreclosure sale took place, 10 days after the Certificate of Sale was issued, and on the day the Certificate of Title was issued. But, the Debtor further failed to notify the Circuit Court until one day after the bankruptcy case was filed and the Certificate of Title was issued. The Suggestion of Bankruptcy was not filed with the Circuit Court until April 7, 2010. See, docket, Ex. B.

8. Countrywide seeks relief from the stay, *nunc pro tunc* to April 6, 2010 to allow the Certificate of Title to stand. Post filing, the state court also issued a Writ of Possession and the Movant seeks to enforce the validity of that Writ.

9. Pursuant to the Final Judgment Ms. Kubinec's rights had been cut off at the time the Certificate of Sale was issued, which was 10 days prior to the filing of the instant bankruptcy case. Therefore, the automatic stay pursuant to 11 U.S.C. §362(a) only applied to possession of the subject property.

**WHEREFORE**, the movant, **COUNTRYWIDE HOME LOANS FUNDING, LLC**, the successful bidder at foreclosure sale, respectfully request that the Court enter an Order Lifting the Automatic Stay *nunc pro tunc* to April 6, 2010, confirming the Certificate of Title and allowing Countrywide to obtain possession of the property, and for such other relief as this Court deems equitable and just.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded by

electronic notice or U.S. Mail to all interested parties on the attached Service List, this 17th day of May, 2010.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court pursuant to Local Rule 2090-1(A).

> Law Offices of Sherri B. Simpson, P.A.
> Attorney for Countrywide
> 33 N.E. 2 Street, Ste 101
> Ft. Lauderdale, FL 33301
> Tel:(954) 524-4141
> Fax: (954) 763-5117
> Email: sbsimpson@simpson-law-group.com
>
> By  /s/ Sherri Simpson
>     Sherri B. Simpson, Esq.
>     Fla. Bar No. 869491

## SERVICE LIST

Via Electronic Notice:

Robert J. Bigge Jr. on behalf of Debtor Karen Kubinec
lbrpa@bellsouth.net

Kenneth M Jones on behalf of Creditor Ford Motor Credit Company LLC
kjones@moodyjones.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Sherri B. Simpson on behalf of Creditor Countrywide Home Loans Funding, LLC
bklaw99@aol.com, bklaw9999@gmail.com;bkmail@simpson-law-group.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Lawrence M Weisberg on behalf of Creditor Carrington Mortgage Services, LLC
bankruptcy@lmwlegal.com


By U.S. Mail:

Karen Kubinec
1001 N. 31 Ct
Hollywood, FL 33021

G:\Data\Docs\Clients\BKC CLIENTS\Corp Files\Countrywide Home Loans Funding, LLC\Kubinec, Karen\Motion for Relief From Stay.wpd

Page -3-



IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA.
CASE NO. 09-046138-25

WACHOVIA BANK,
NATIONAL ASSOCIATION,

    Plaintiff,

vs.

KAREN KUBINEC A/K/A KAREN E. KUBINEC; __, AS THE UNKNOWN SPOUSE OF KAREN KUBINEC A/K/A KAREN E. KUBINEC, IF ANY; FLAGSTAR BANK, FSB; JOHN DOE OR ANY OTHER PERSON IN POSSESSION; All Unknown Parties Claiming By, Through, Under Or Against The Named Defendants, Whether Living Or Not, And Whether Said Unknown Parties Claims As Heirs, Devisees, Grantees, Assignees, Lienors, Creditors, Trustees, Or In Any Other Capacity, Claiming By, Through Under Or Against The Named Defendants,

    Defendants.

_____/



## FINAL SUMMARY JUDGMENT IN FORECLOSURE

THIS CAUSE, having come before the Court upon Plaintiff's Motion for Summary Final Judgment in Foreclosure, and the Court having reviewed the pleadings, having reviewed the file, having heard argument of counsel, having reviewed the Affidavits, and being otherwise fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED AS FOLLOWS:

1.    Plaintiff's Motion for Summary Final Judgment In Foreclosure be and the same is hereby granted. Summary Final Judgment is hereby entered in favor of the Plaintiff, WACHOVIA BANK, NATIONAL ASSOCIATION, c/o P.O. BOX 2248, FL0613, JACKSONVILLE, FL 32203.

Exhibit ___A___

2. Plaintiff is due the following amounts from the Defendant, KAREN KUBINEC A/K/A KAREN E. KUBINEC:

| | | |
|---|---|---:|
| A. | As unpaid principal of the indebtedness agreed to be paid in the mortgage herein foreclosed and the note secured thereby: | $50,580.78 |
| B. | Interest through January 21, 2010: | $1,287.70 |
| C. | Appraisal/Property Valuation: | $75.00 |
| D. | Attorney's fees based upon a flat fee agreement of: | $2,100.00 |
| E. | Costs: | $1,515.63 |

**TOTAL**: $55,559.11

3. Plaintiff holds a lien for the total sum set forth hereinabove that is superior to any claim of Defendants, KAREN KUBINEC A/K/A KAREN E. KUBINEC; FLAGSTAR BANK, FSB appearing in the Complaint, on the following described real property in Broward County, Florida:

**THE NORTH 19 FEET OF LOT 6, AND THE SOUTH 35 FEET OF LOT 7, BLOCK 6, OF BREEZY MANOR AMENDED, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 31, PAGE 48, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

Street Address: 1001 NORTH 31ST COURT, HOLLYWOOD, FLORIDA 33021

4. If the total sum set forth hereinabove, with interest at the rate prescribed by law and all costs of this action accruing subsequent to this action are not paid within three (3) days from this date, the Clerk of this Court shall sell the real property at public sale on _March_ _25_, 2010 at 11:00 a.m., to the highest bidder for cash, except as set forth below, IN ROOM 385 OF THE BROWARD COUNTY COURTHOUSE located at 201 S.E. 6th Street, Fort Lauderdale, Broward County, Florida in County, in FORT LAUDERDALE, Florida, in accordance with Section 45.031, Florida Statutes.

IF THE PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT. IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO TIMELY FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF THE PROPERTY HAS QUALIFIED FOR THE HOMESTEAD TAX EXEMPTION IN THE MOST RECENT APPROVED REAL PROPERTY TAX ROLL, AND YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT (201 SE 7th Street, Ft. Lauderdale, FL 33301 Phone # 954-831-5742) WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, AND ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR

PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY FOR AN ATTORNEY, YOU MAY CONTACT (**491 N. State Rd. 7, Plantation, FL 33317, Phone #954-765-8957, Ext 273**) TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT (**491 N. State Rd. 7, Plantation, FL 33317, Phone #954-765-8957, Ext 273**) FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

5. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property at the sale. If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid for the total sum with interest and costs accruing subsequent to this Judgment or such part of it as is necessary to pay the bid in full.

6. Plaintiff's Judgment shall be assignable, and any assignee of Plaintiff's Judgment shall be vested with the same rights, and subject to the same terms and conditions, as is the Plaintiff under this Final Judgment Order.

7. On filing the Certificate of Sale, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying:

FIRST: All of Plaintiff's costs;

SECOND: Documentary stamps affixed to the Certificate;

THIRD: Plaintiff's attorney's fees;

FOURTH: The total sum due to Plaintiff less the items paid plus interest at the rate prescribed by law from this date to the date of the sale; and by retaining any amount remaining pending the further Order of this Court.

8. On filing the Certificate of Sale, Defendant(s) and all persons claiming under or against them since the filing of the Notice of Lis Pendens are foreclosed of all estate or claim in the property and the Purchaser at the Sale shall be let into possession of the property.

9. Jurisdiction on this action is retained to enter further orders as are proper, including, without limitation, writs of assistance and deficiency judgment. The Clerk is hereby authorized to issue writs of possession upon further Order of this Court.

10. The Court finds that the number of hours expended and the hourly rate charged by Plaintiff's counsel as set forth in Paragraph 2(D) are reasonable. The Court further finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 So.2d 1145 (Fla. 1985).

11. The legal description of the subject property as set for the in the mortgage recorded in Official Records Book 41140 at Page 815 of the Public Records of Broward County is hereby reformed to reflect the correct legal description as set forth in Paragraph three (3) hereinabove.

DONE AND ORDERED, in Broward County, Florida on this 21st day of January, 2010.

CIRCUIT COURT JUDGE

Copies furnished:

Service List

MOSKOWITZ, MANDELL, SALIM & SIMOWITZ, P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, FLORIDA 33334

KAREN KUBINEC A/K/A KAREN E. KUBINEC
1001 NORTH 31ST COURT
HOLLYWOOD, FLORIDA 33021

FLAGSTAR BANK, FSB
20355 HALL ROAD
MACOMB, MI 48044

CASE DETAIL

Broward County Case Number: **CACE09046138**
Court Type: **Civil Division - Circuit Court**
Incident Date: **N/A**
Court Location: **Central Courthouse**
Magistrate ID / Name: **N/A**

State Reporting Number: **062009CA046138AXXX(**
Case Type: ***Real Property MTG Foreclosure +**
Filing Date: **08/20/2009**
Case Status: **Disposition Entered**
Judge ID / Name: **25 Phillips, Carol-Lisa**

Style: **Wachovia Bank Nat Assn Plaintiff vs. Karen Kubinec Defendant**

| Party(ies) | Disposition(s) |
|---|---|

Expand All    Collapse All

[−] Party Detail

| Party Type | Party Name | Address (Per AOSC07-49, only the addresses of counsel can be displayed.) | |
|---|---|---|---|
| Plaintiff | Wachovia Bank Nat Assn | | * Si<br>Mos<br><br>Ft |
| Defendant | Flagstar Bank FSB | | |
| Defendant | Kubinec, Karen<br>*Also Known As* **Kubinec, Karen E** | | |

[−] Disposition Detail

| Date | Statistical Closure(s) |
|---|---|
| 01/21/2010 | Disposed by Judge |

| Date | Disposition(s) |
|---|---|
| 01/21/2010 | **Final Summary Judgment**<br>    Comment ()<br>    Foreclosure - Property<br>        Date of Order: 01/21/2010, Judgment Amount: $55,559.11<br>        Awarded To: Wachovia Bank Nat Assn<br>        Awarded Against: Karen Kubinec, et al<br>        Foreclosure: Property Sold<br>            Sale Date: 03/25/2010, Disbursement Date: 04/06/2010<br>            Winning Bidder: Countrywide Home Loans Funding, LLc; Win<br>            Stamp Fees: $392.00 |

| Date | Description | Additional Te |
|---|---|---|
| 04/22/2010 | Writ of Possession Returned Served | 04/21/10<br>Party: *Defendant* Kubinec, Karen |
| 04/15/2010 | Check Paid | ck# 24187/paid to Moskowitz Mandell S<br>acct/mailed to same; cert dated 4/6/10; |
| 04/14/2010 | Writ of Possession Issued to Attorney | 1001 N 31 Court Hollywood, Fl 33021 |
| 04/14/2010 | Order | Granted Done And Ordered On 04/14/2(<br>Judge Carol Lisa Phillips |
| 04/09/2010 | Suggestion of Bankruptcy | 10-18943-bkc-jko, title 11<br>Party: *Defendant* Kubinec, Karen |

Exhibit B

| Date | Event | Details |
|---|---|---|
| 04/07/2010 | Suggestion of Bankruptcy | CHAPTER 13 BKRPTCY 10-18943-BKC-JK<br>Party: *Defendant* Kubinec, Karen |
| 04/06/2010 | Certificate of Disbursements | |
| 04/06/2010 | Certificate of Title | |
| 04/05/2010 | Re-open Fee | Payor: Matt A Habibi ; Userid: CTS-mcor<br>20101YE1H001602; Comments: CK#15:<br>Amount: $50.00 |
| 04/05/2010 | Notice of Hearing | - motion for issuance of writ of possessio |
| 04/05/2010 | Motion | for issuance of writ of possession |
| 03/26/2010 | Copies Mailed of CSAL/PPU to All Parties | |
| 03/26/2010 | Certificate of Sale | |
| 03/26/2010 | Foreclosure Sale Fee | Payor: Simowitz ESQ, Scott E ; Userid: (<br>20101YE1W005345; ;<br>Amount: $70.00 |
| 03/26/2010 | Foreclosure Clerk's Fee | Payor: COUNTRYWIDE HOME LOANS FUI<br>remmert ; Receipt: 20101YE1W005313;<br>Amount: $847.50 |
| 03/26/2010 | Foreclosure Bid | Payor: COUNTRYWIDE HOME LOANS FUI<br>remmert ; Receipt: 20101YE1W005313;<br>Amount: $53,200.00 |
| 03/25/2010 | Affidavit | /Joe Berg |
| 03/25/2010 | Proof of Publication | |
| 03/25/2010 | Bid Sheet | |
| 03/25/2010 | Foreclosure Bid | Payor: COUNTRYWIDE HOME LOANS FUI<br>apollard ; Receipt: 20101YE1K001060; ;<br>Amount: $2,800.00 |
| 03/25/2010 | Foreclosure Sale | Hearing Time: 11:00 AM<br>Location: On-line @ www.broward.realfc |
| 03/22/2010 | Copies Mailed to all Parties; FJ/NSDB | |
| 01/21/2010 | Foreclosure Form | |
| 01/21/2010 | Original Documents | Original Note & Mortgage |
| 01/21/2010 | Notice of Sale | |
| 11/17/2009 | Affidavit of Attorney's Time | |
| 11/17/2009 | Affidavit of Reasonable Attorney Fees | |
| 11/17/2009 | Affidavit | of proof |
| 11/17/2009 | Notice of Hearing | 01/21/10 at 08:45 rm 1020B |
| 11/17/2009 | Notice of Filing | unattached affidavits of proof, Atty's fee<br>Party: *Plaintiff* Wachovia Bank Nat Assn |
| 11/17/2009 | Motion for Summary Final Judgment | in fclsre<br>Party: *Plaintiff* Wachovia Bank Nat Assn |
| 10/20/2009 | Notice of Dropping Parties-Generic | UKN SPOUSE OF KAREN KUBINEC, JOHN<br>IN POSSESSION |
| 10/20/2009 | Non-Military Affidavit | |
| 10/20/2009 | Motion for Default & Default | Party: *Defendant* Kubinec, Karen *Defenc* |
| 09/29/2009 | Summons Returned Served | 09/14/09<br>Party: *Defendant* Flagstar Bank FSB |
| 09/01/2009 | Summons Returned Served | 8/31/09 Karen Kubinec aka Karen E Kub |
| 09/01/2009 | Summons Returned Unserved | unk spouse of Karen Kubinec |
| 09/01/2009 | Summons Returned Unserved | John Doe |
| 08/20/2009 | Random Assignment | Random Assignment Subd:25 (52k) |
| 08/20/2009 | Clock In Date of Case | 08/20/09 Is Clock-In Date Of Case (52k |
| 08/20/2009 | Summons Issued | Summons Issued-Fee Required (52k)Un<br>Party: *Defendant* Kubinec, Karen *Defenc* |
| 08/20/2009 | Lis Pendens | Lis Pendens: Fld & Rec (52k) |
| 08/20/2009 | Civil Cover Sheet | Civil Cover Sheet (52k) |

| 08/20/2009 | Petition | Petition: Fld (52k) |
| 08/20/2009 | Filing Fee | Filing Fee Paid (52k) |

| Perform Another Search |

**Clicking the button above, exits your paid search.**

CFN # 109263368, OR BK 47006, Page 432, Page 1 of 1, Recorded 04/12/2010 at 08:27 AM, Broward County Commission, Doc. D $392.00 Deputy Clerk 1026

Case 10-18943-JKO   Doc 22   Filed 05/17/10   Page 12 of 12

W 56,000.00
392.00



IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA
CASE NO. 09-046138-25

WACHOVIA BANK, NATIONAL ASSOCIATION

    Plaintiff,

vs.

KAREN KUBINEC A/K/A KAREN E.
KUBINEC, ET AL

    Defendants.
_____/

### CERTIFICATE OF TITLE

The undersigned, HOWARD C. FORMAN, Clerk of the Court, hereby certifies that a certificate of sale has been executed and filed in this action on MARCH 25, 2010, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in BROWARD County, Florida:

    THE NORTH 19 FEET OF LOT 6, AND THE SOUTH 35 FEET OF LOT 7,
    BLOCK 6, OF BREEZY MANOR AMENDED, ACCORDING TO THE PLAT
    THEREOF, RECORDED IN PLAT BOOK 31, PAGE 48, OF THE PUBLIC
    RECORDS OF BROWARD COUNTY, FLORIDA.

was sold to: COUNTRYWIDE HOME LOANS FUNDING LLC
1322 MADISON STREET
HOLLYWOOD, FLORIDA 33019

FOLIO# 112080309900

WITNESS my hand and the seal of the court this __6TH__ day of __APRIL__, 2010.

HOWARD C. FORMAN

By _____
    As Deputy Clerk

Submitted by:
MOSKOWITZ, MANDELL, SALIM & SIMOWITZ, P.A.
800 Corporate Drive, Suite 500
Fort Lauderdale, FLORIDA 33334

2952.96
FUNB

Exhibit __C__