__1ap__ (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Karen Kubinec          CASE NO.: 10-18943

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $150.00 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $3650.00
                   $3500.00 + 150.00, total paid: $1000.00
                   Due: $2650.00 payable: $126.20/mo. (Mos. 1 to 21)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: : [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay: $10.17/mo. (Mos. 1 to 21), and pay $136.37/mo. (Mos. 22 to 60).

Other Provisions Not Included Above: Debtor surrenders any interest in homestead sold at foreclosure sale to: Countrywide (no account number), Wachovia 9398, Flagstar (no account number) Broward County, and Carrington Mortgage Service 2390. Debtor to pay Ford 5037 directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Karen E Kubinec_
Debtor

LF-31 (rev. 12/01/02)